# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## CLERK'S OFFICE



**DAVID J. MALAND**
CLERK OF COURT
7940 Preston Rd, Rm. 101
Plano, TX  75024

November 24, 2009

211th Judicial District Court of
   Denton County, TX
1450 E.. McKinney St.
Denton, TX  76209-4524

Remand case number: 4:09cv130 Brady v. Denton County Electric Corp, Inc
         Consolidated case 4:09cv131 Confer v. Denton County Elec. Corp.

Dear Clerk:

Enclosed is a certified copy of order of remand, and docket sheet.

Please receive stamp the copy of this letter and return it in the envelope provided.

If you have any questions, I may be reached at 214/872-4800.

Sincerely,

Faye N Thompson